1 | LAW OFFICES OF BILL LATOUR
2 | JESSICA WARREN [CSBN: 257274]
3 |     1420 E. Cooley Dr., Suite 100
      Colton, California 92324
4 |     Telephone: (909) 796-4560
      Facsimile: (909) 796-3402
5 |     E-Mail: fed.latour@yahoo.com
6 |
7 | Attorney for Plaintiff

8 |              UNITED STATES DISTRICT COURT
9 |    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10 |
11 | LAURO MAGDALENO,                    )    No. CV 21-09243 MRW
                                         )
12 |                                     )    [PROPOSED] ORDER AWARDING
         Plaintiff,                      )    EAJA FEES
13 |                                     )
                                         )
14 |     v.                              )
                                         )
15 |                                     )
     KILOLO KIJAKAZI, Commissioner of    )
16 | Social Security,                    )
                                         )
17 |                                     )
         Defendant.
18 |

19 |     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20 |     IT IS ORDERED that EAJA fees are awarded in the amount of FOUR

21 | THOUSAND THREE HUNDRED FIFTY DOLLARS AND 00/100 ($4,350.00)

22 | subject to the terms of the stipulation.

23 |

24 |     DATE: May 18, 2022    _____

25 |                          HON. MICHAEL R. WILNER,
26 |                          UNITED STATES MAGISTRATE JUDGE

27 |

28 |

-1-